# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. CARBAJAL,<br><br>    Plaintiff,<br>  v.<br><br>R RAYBORN and DOES 1 through 10 inclusive,<br><br>    Defendants, | Case No. 2:11-cv-9134-ODW(DTBx)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

On January 8, 2013, the parties reported that they have scheduled a settlement conference for February 26, 2013, before Judge Victor Bianchini. The Court hereby **ORDERS** the parties to jointly file a brief statement concerning the settlement discussions, indicating whether the matter has settled. This statement must be filed by March 11, 2013.

**IT IS SO ORDERED.**

March 4, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**