**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK R. CARBAJAL,<br><br>　　　　　　Plaintiff,<br>　　v.<br>R. RABORN and DOES 1–10, inclusive,<br>　　　　　　Defendants. | Case No. 2:11-cv-9134-ODW (DTBx)<br><br>**JUDGMENT** |

For the reasons discussed in the Court's Order Granting Motion for Summary Judgment (ECF No. 70), **IT IS HEREBY ORDERED** that:

1. Plaintiff Erik R. Carbajal takes nothing;
2. Judgment for Defendant R. Raborn;
3. The Clerk of Court shall close this case.

July 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**